# **COMPOSITE EXHIBIT H**

**This Exhibit has been withheld due to a confidentiality provision existing in the agreements between the Parties and is the subject of a coming Motion for Leave to File Under Seal.**