UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

INSOMNIAC HOLDINGS, LLC, a Delaware
limited liability company,

    Plaintiff,

v.

SDC HOLDINGS LLC, a Florida limited liability
Company; DAVID E. SINOPOLI, an individual;
HI-NOTE PRODUCTION & CONSULTING
LLC, a Florida limited liability company;
DAVIDE L. DANESE, an individual; FULL
CIRCLE F&B LLC, a Florida limited liability
Company; JOSE G. COLOMA CANO, an
Individual; and THE HAPPY COMPANY LLC,
a Florida limited liability company,

    Defendants

Case No.: 1:25cv23486

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Bruce A. Weil of the law firm Boies Schiller Flexner LLP hereby enters his appearance on behalf of Defendants SDC Holdings, LLC, David E. Sinopoli, HI-Note Production & Consulting, LLC, Davide L. Danese, Full Circle F&B LLC, Jose G. Coloma Cano, and The Happy Company, LLC in the above-captioned matter.

DATED: August 25, 2025

**BOIES SCHILLER FLEXNER LLP**

By: /s/ *Bruce A. Weil*
Bruce A. Weil
Florida Bar No. 816469
BOIES SCHILLER FLEXNER LLP
100 SE Second Street, Suite 2800
Miami, Florida 33131
(305) 539-8400
bweil@bsfllp.com