UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-23486-ALTMAN

**INSOMNIAC HOLDINGS, LLC**,

    *Plaintiff*,

v.

**SDC HOLDINGS, LLC**, *et al.*,

    *Defendants*.

_____/

## ORDER UNSEALING COMPLAINT

The Plaintiff filed a Complaint with certain redactions on August 4, 2025. *See* Complaint [ECF No. 1]. The Plaintiff then moved to file an unredacted version of the Complaint the next day, arguing that the unredacted Complaint references certain documents that were "designated confidential" during a pre-suit mediation. Motion to Seal [ECF No. 8] at 3; *see also* Unredacted Complaint [ECF No. 11-1]. The Plaintiff admitted, however, that "the information contained in the Complaint and its exhibits likely do not meet the standards of the Federal Rules of Civil Procedure and/or the Florida Uniform Trade Secrets Act." Motion to Seal at 3. We provisionally granted that motion on August 6, 2025, but indicated we would later "issue an order to show cause to both sides as to why we shouldn't unseal the unredacted Complaint." Aug. 6, 2025, Paperless Order [ECF No. 10]. We issued that Order to Show Cause on September 2, 2025, and directed the parties to "show cause why we shouldn't unseal the unredacted Complaint by September 15, 2025." Paperless Order to Show Cause [ECF No. 26].

Both the Plaintiff and the Defendants agree that the unredacted Complaint shouldn't remain under seal. *See* Defendants' Response to Order to Show Cause [ECF No. 27] at 2 ("Accordingly, the CDD Parties respectfully submit that the unredacted Complaint and its exhibits should be unsealed because the parties likely cannot demonstrate good cause to keep the filings sealed."); Plaintiff's

Response to Order to Show Cause [ECF No. 28] at 3 ("However, while documents by which the Parties are bound are by their terms confidential and such confidentiality was a material term of the compromise, the information contained in the Complaint and its exhibits likely do not meet the high standards for sealing under the Federal Rules of Civil Procedure and/or the Florida Uniform Trade Secrets Act."). Since there is "a general presumption that criminal and civil actions [must] be conducted publicly[,]" we now unseal the unredacted Complaint. *Chi. Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001).

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Clerk shall **UNSEAL** the Notice of Filing Unredacted Complaint and its exhibits [ECF No. 11].

2. The Plaintiff shall separately file the unredacted Complaint on the docket by **September 12, 2025**.

3. The Defendants' Unopposed Motion for Extension of Time [ECF No. 29] is **DENIED as moot**. The Defendants shall respond to the unredacted Complaint by **September 26, 2025**.

**DONE AND ORDERED** in the Southern District of Florida on September 9, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record