# EXHIBIT A

# CONFIDENTIAL AGREEMENT

## Binding Term Sheet

1. Payment by Insomniac to SDC Consulting LLC ("SDC") of $2.9 million by or before June 20, 2025.
2. All FT Agreements Null and Void, without effect, Void Ab Initio, SDC/CDD relinquishes all rights it has or ever had in profits, proceeds, IP, personal property, etc. of FT or events held thereby or therein, including execution of work for hire for all existing IP for FT upon receipt of funds provided for in #1 above.
3. Assignment of all FT log ins, property, assets, IP, data, social media accounts, domains, art, email database, SMS marketing database, artwork print-files, digital assets, footage, photos, branding, logos, etc. (further assurances to effectuate dissolution of entity and transfer of all rights, personal, property etc. in FT to Insomniac) (and windup period with further assurances)
4. Non-Compete revised and clarified
   a. Small 350-person bar
   b. Live Rock and Roll and/or Acoustic music allowed
   c. DJ sets no longer that 75 minutes; will not be headliner or advertised talent; will not be focus of act;
   d. Neither DJ or talent will play EDM or be EDM artists
   e. NO OVERLAPPING ACTS with Club Space
5. To the extent the parties decide to do events, collaborations, or partnerships, other than through Space Invaders, or Club Space, or III Points ("Future Collaborations"), neither the parties' future or prior course of dealing nor the Space Invaders Operating Agreement or Management Agreements shall govern. The structure of any Future Collaboration must be negotiated at arms' length.
6. CDD and their companies will not bring derivative claims on recovery of IP paid for by Space and agree to covenant not to sue
7. Non-Disparagement
8. Internal industry talking points saying the parties are working together amicably.
9. All SI Agreements ratified as fair, reasonable, and in full force and effect, except as modified by this term sheet or settlement agreements. .
10. Other usual and customary settlement terms.
11. Terms shall be memorialized in a fulsome settlement agreement package subject to mutual approval.

12. Any disagreement over the language or inclusion or exclusion of terms in the settlement agreement shall be resolved by M Hanzman.
13. In the event of any conflict between settlement agreement and any other agreement, settlement agreement controls.
14. All monies currently are 1306 go to Insomniac after SDC receives payment in full as provided in #1 above.
    Full mutual release (known and/or unknown) for the parties and their respective officers, members, managers, directors, owners (standard release language of parents, successors, assigns, etc.) related to FT.
15. Insomniac withdraws and releases any claims against Jose Coloma Sr.
16. Insomniac agrees to lease the Factory Town Venue to Space Invaders for the following events under the following terms:
    a. **Hocus Pocus 2025 – 5-Year Anniversary (3-Day Halloween Event)**
        i. · Dates: October 31, November 1, and November 2
        ii. · Time: 7pm-7am
        iii. $300,000 for 3 days, which includes entire property & all stages
        iv. Includes permanent venue staff and existing permanent infrastructure (including staging) at no extra cost
        v. Inclusive of load-in and load-out days (exact number of days to be confirmed)
        vi. · Event to be co-promoted by Insomniac and Club Space
        vii. · Venue operates bars and is responsible for bar staff costs; 20% of net revenue (gross revenue less taxes, tips, credit card fees, comps) of all bars and tables goes to Club Space
        viii. · All other event-related revenue retained by Club Space
        ix. · No Space Invaders staffing allocations as there will be permanent venue staff
        x. · Insomniac signs off on all budgets, ticket pricing, etc. prior to announce.
        xi. · SDC to provide a clear list of all talent offers out and/or confirmed.
        xii. SDC to choose Artist Hospitality staff & operate Artist Hospitality
    b. **Art Basel 2025 – 5 days**
        i. • Dates: December 3-7
        ii. • Time: 7pm-7am
        iii. • $550,000 for 5 days, which includes entire property & all stages
        iv. o Includes permanent venue staff and existing permanent infrastructure (including staging) at no extra cost
        v. o Inclusive of load-in and load-out days (exact number of days to be confirmed)
        vi. • Event to be co-promoted by Insomniac and Club Space with Insomniac taking the lead on operations.

- vii. • Venue operates bars and is responsible for bar staff costs; 20% of net revenue (gross revenue less taxes, tips, credit card fees, comps) of all bars and tables goes to Club Space
- viii. • All other event-related revenue retained by Club Space
- ix. • No Space Invaders staffing allocations as there will be permanent venue staff
- x. • Insomniac signs off on all budgets, ticket pricing, etc. prior to announce.
- xi. • SDC to provide a clear list of all talent offers out and/or confirmed.
- xii. SDC to choose Artist Hospitality staff & operate Artist Hospitality

c. **Fees for Hocus Pocus and Art Basel**
  - i. The amounts paid to SDCCDD for Art Basel and Hocus Pocus shall be those fees payable under the Space Invaders Operating Agreement and Management Agreements except that under no circumstances shall the amounts paid to the Non-Insomniac members exceed 49% of the net profit from those events.
  - ii. Subject to the limitation above, SDC to receive 6% management fee unless the events do not generate a net profit

17. The payment by Insomniac hereunder is in full and final settlement of all payments, allocations, fees, or distributions owed or otherwise payable for all prior FT events.

18. This Agreement is binding and contains all material terms of the settlement reached by the parties at mediation. In the event of any dispute over the language or terms of the contemplated long form settlement agreement, any such dispute shall be resolved by the mediator whose decision shall be final.

19. Venue in State or Federal Court in Miami Dade County.


Insomniac Holdings, LLC   _[signature]_


Live Nation Worldwide, Inc.   _[signature]_

_____
SDC Holdings, LLC

_____
David Sinopoli

_____ as authorized representative
HI-Note Production and Consulting, LLC

_____ AS AUTHORIZED REPRESENTATIVE
Full Circle F&B LLC

_____ AS AUTHORIZED REPRESENTATIVE
The Happy Company, LLC

_____
Jose Gabriel Coloma Cano

_____
Davide Danese

FT Miami, LLC  _____

FT Intergalactic Gatherings, LLC  _____