## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

INSOMNIAC HOLDINGS, LLC,  a Delaware
limited liability company,

     Plaintiff,

vs.                                                                          CASE NO.: 1:25cv23486-RKA

SDC HOLDINGS, LLC, a Florida limited liability
company, DAVID E. SINOPOLI, an individual,
DAVIDE L. DANESE, an individual, and
JOSE G. COLOMA CANO, an individual,
HI-NOTE PRODUCTION AND CONSULTING,
LLC, a Florida limited liability company,
FULL CIRCLE F&B, LLC, a Florida limited
liability company, THE HAPPY COMPANY,
LLC, a Florida limited liability company,

     Defendants/Counterclaim Plaintiffs,

and

PASQUALE ROTELLA, an individual,

     Counterclaim Defendant.
_____/

## JOINT MOTION FOR EXTENSION OF TIME TO FACILITATE SETTLEMENT DISCUSSIONS

Plaintiff/Counter-Defendant Insomniac Holdings, LLC, Defendants/Counter-Plaintiffs SDC Holdings, LLC; David E. Sinopoli; Davide L. Danese; Jose G. Coloma Cano; Hi-Note Production and Consulting, LLC; Full Circle F&B, LLC; and the Happy Company, LLC, and Counterclaim Defendant Pasquale Rotella, (collectively, the "Parties"), hereby jointly request a 36-day extension of all pending deadlines, effective October 27, 2025.  In support thereof, the Parties state as follows:

1.      The Parties have been communicating directly between themselves in an attempt to resolve this matter and have agreed to go "pencils down" for thirty-six (36) days, effective October 27, 2025 through December 1, 2025, to facilitate their settlement discussions.

2.      To facilitate this agreed litigation standstill and their settlement discussions, the Parties request a 36-day extension of all pending deadlines.[1]

**WHEREFORE**, the Parties respectfully request a 36-day extension, effective October 27, 2025, through 11:59p.m. on December 1, 2025, of all pending deadlines.

Dated: October 27, 2025                  Respectfully submitted,

| | |
|---|---|
| /s/ *Robert G. Keefe* | SHAW LEWENZ |
| BRUCE ALAN WEIL | 110 S.E. 6th Street, Suite 2900 |
| Fla. Bar No. 816469 | Ft. Lauderdale, FL 33301 |
| bweil@bsfllp.com | Telephone: (954) 361-3633 |
| ROBERT G. KEEFE | Facsimile: (954) 989-7781 |
| Fla. Bar No. 1010751 | Primary Email: jshaw@shawlewenz.com; |
| rkeefe@bsfllp.com | zludens@shawlewenz.com; |
| ALEXANDRA V. WILLIAMS | lpalen@shawlewenz.com |
| Fla. Bar No. 1058369 | Secondary Email: |
| awilliams@bsfllp.com | mlomastro@shawlewenz.com; |
| BOIES SCHILLER FLEXNER LLP | lgrealy@shawlewenz.com |
| 100 S.E. 2nd Street, Suite 2800 | |
| Miami, Florida 33131 | By: /s/ *Zachary D. Ludens* |
| Telephone: (305) 539-8400 | JORDAN A. SHAW, ESQ. |

[1] Pursuant to the Court's Order Setting Trial and Pre-Trial Schedule, *see* ECF No. 40 at 3, the Parties have stipulated to extend the time to answer interrogatories, produce documents, and answer requests for admissions.

1

2

| Facsimile:  (305) 539-1307 | Fla. Bar No. 111771 |
|---|---|
| | ZACHARY D. LUDENS, ESQ. |
| ***Counsel for Defendants/Counterclaim Plaintiffs SDC Holdings, LLC, David E. Sinopoli, HI-Note Production & Consulting, LLC, Davide L. Danese, Full Circle F&B LLC, Jose G. Coloma Cano, and The Happy Company, LLC*** | Fla. Bar No. 111620 |
| | LAUREN N. PALEN, ESQ. |
| | Fla. Bar No. 1038877 |
| | GABRIEL E. MORALES, ESQ. |
| | Fla. Bar No. 1038778 |
| | |
| | ***Counsel for Insomniac Holdings, LLC and Pasquale Rotella*** |

2