**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

INSOMNIAC HOLDINGS, LLC, a Delaware
limited liability company,

       Plaintiff/Counterclaim Defendant,

vs.

SDC HOLDINGS, LLC, a Florida limited liability
company, DAVID E. SINOPOLI, an individual,
DAVIDE L. DANESE, an individual, and
JOSE G. COLOMA CANO, an individual,
HI-NOTE PRODUCTION AND CONSULTING,
LLC, a Florida limited liability company,
FULL CIRCLE F&B, LLC, a Florida limited
liability company, THE HAPPY COMPANY,
LLC, a Florida limited liability company,

       Defendants/Counterclaim Plaintiffs,

       -and-

PASQUALE ROTELLA, an individual,

       Counterclaim Defendant.

_____/

CASE NO.: 1:25cv23486-RKA

## <u>MOTION TO REOPEN CASE</u>

Plaintiff/Counterclaim Defendant Insomniac Holdings, LLC ("Insomniac") and Counterclaim Defendant Pasquale Rotella ("Rotella") (collectively Insomniac and Rotella, the "Insomniac Parties"), by and through undersigned counsel of record and pursuant to this Court's Paperless Order (Dkt. 60) Granting Defendants/Counterclaim Plaintiffs SDC Holdings LLC, David E. Sinopoli, Davide L. Danese, Jose G. Coloma Cano, Hi-Note Production and Consulting, LLC, Full Circle F&B LLC, and The Happy Company, LLC's (collectively the "CDD Parties") Unopposed Motion to Extend Stay to Finalize Settlement Discussions (Dkt. 59), hereby move to reopen this action and to reset deadlines, and, in support thereof, state the following.

1

1.     As the Parties previously informed the Court (Dkt. 46), the Parties were communicating directly between themselves in an attempt to resolve this matter.

2.     Based on the foregoing representation, the Court stayed all case deadlines through December 1, 2025.  (Dkt. 47.) The Court directed the Parties to either file a notice of settlement or a motion to reopen the case by that date. *Id.*

3.     Thereafter, on December 1, 2025, the Parties jointly moved to extend the stay. (Dkt. 51.) The Court granted the motion and gave the Parties until January 2, 2026, to file a notice of settlement or a motion to reopen the case. (Dkt. 53.)

4.     Then, on January 2, 2026, the Parties sought another extension. (Dkt. 54.) The Court granted that motion and gave the Parties until February 3, 2026, to file a notice of settlement or a motion to reopen the case. (Dkt. 55.)

5.     On February 3, 2026, the CDD Parties filed an agreed motion to extend the stay to finalize settlement discussions. (Dkt. 56.) The Court granted that motion and ordered that, by March 3, 2026, the Parties must file either a notice of settlement o*r* a motion to reopen the case. (Dkt. 56.)

6.     Last, on March 3, 2026, the CDD Parties filed an unopposed motion to extend stay to finalize settlement discussions. (Dkt. 59.) The Court granted that motion and required the Parties to file either a motion to reopen the case or a notice of settlement by April 30, 2026. (Dkt. 60.)

7.     Unfortunately, while the Insomniac Parties intend to continue to work in good faith towards a resolution, the Parties have been unable to finalize a resolution of the matter and the Insomniac Parties therefore respectfully request that the Court enter an order: (i) reopening the case; (ii) resetting all deadlines accordingly; and (iii) giving the Insomniac Parties ten days to file

any motions pending at the time the stay was entered, including, without limitation, their Motion to Dismiss the Counterclaim and Rotella's Motion to Stay Discovery.

WHEREFORE, the Insomniac Parties respectfully request an Order reopening the case, setting and resetting deadlines accounting for the stay, permitting the Insomniac Parties ten days to file all motions pending at the time of the stay, and issuing such other and further relief as the Court deems just and proper.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), counsel for the Insomniac Parties hereby certifies that he has conferred with counsel for the CDD Parties via telephonic conference and via email on April 30, 2026. Counsel for the CDD Parties indicated that they would be filing another motion seeking an extension of the stay, which the Insomniac Parties will not oppose. However, given the deadline set forth by the Court (Dkt. 60), the Insomniac Parties are filing this Motion out of an abundance of caution to comply with the Court's deadline.

Dated: April 30, 2026

Respectfully submitted,

**SHAW LEWENZ**
110 S.E. 6th Street, Suite 2900
Ft. Lauderdale, FL 33301
Telephone: (954) 361-3633
Facsimile: (954) 989-7781
Primary Email: jshaw@shawlewenz.com;
zludens@shawlewenz.com;
gmorales@shawlewenz.com;
lpalen@shawlewenz.com
Secondary Email:
mlomastro@shawlewenz.com;
lgrealy@shawlewenz.com

By: /s/ *Gabriel E. Morales*
JORDAN A. SHAW, ESQ.
Fla. Bar No. 111771
ZACHARY D. LUDENS, ESQ.
Fla. Bar No. 111620
GABRIEL E. MORALES, ESQ.
Fla. Bar No. 1038778
LAUREN N. PALEN, ESQ.
Fla. Bar No. 1038877

***Counsel for Insomniac Holdings, LLC and Pasquale Rotella***

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2026, the foregoing was filed with the Court via the Court's CM/ECF system, which generated notices of electronic filing on all counsel of record.

*/s/ Gabriel E. Morales*
Gabriel E. Morales

4