## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

INSOMNIAC HOLDINGS, LLC,  a Delaware
limited liability company,

      Plaintiff,

vs.                                                                                    CASE NO.: 1:25cv23486-RKA

SDC HOLDINGS, LLC, a Florida limited liability
company, DAVID E. SINOPOLI, an individual,
DAVIDE L. DANESE, an individual, and
JOSE G. COLOMA CANO, an individual,
HI-NOTE PRODUCTION AND CONSULTING,
LLC, a Florida limited liability company,
FULL CIRCLE F&B, LLC, a Florida limited
liability company, THE HAPPY COMPANY,
LLC, a Florida limited liability company,

      Defendants/Counterclaim Plaintiffs,

and

PASQUALE ROTELLA, an individual,

      Counterclaim Defendant.

_____/

### JOINT MOTION TO EXTEND STAY TO FILE NOTICE OF SETTLEMENT

Defendants/Counterclaim Plaintiffs SDC Holdings, LLC; David E. Sinopoli; Davide L. Danese; Jose G. Coloma Cano; Hi-Note Production and Consulting, LLC; Full Circle F&B LLC; and The Happy Company, LLC (collectively the "CDD Parties"), and Plaintiff/Counterclaim Defendant Insomniac Holdings, LLC, by and through the undersigned counsel of record, hereby request an extension of the current stay to and through June 30, 2026, to file their Notice of Settlement. In support thereof, state as follows:

1.     The parties have seemingly finalized their agreements to resolve this case. The Court has previously stayed these proceedings on multiplate occasions to accommodate these

efforts. (D.E. 47, 55, 60).

2.      The most recent deadline for the parties to file a motion to reopen the case or to file a notice of settlement was May 31, 2026. (D.E. 63).

3.      Now, however, it appears that all material terms have now been agreed upon and all that remains is for the agreement execution drafts to be conformed and for the numerous parties to execute those documents.

4.      Therefore, the Parties respectfully request that the Court extend the current stay so that the parties may execute their agreement and file their Notice of Settlement. No party will be prejudiced by the extension, as it will preserve the parties' time and resources.

5.      Accordingly, the Parties request an extension of the current stay to and through June 30, 2026.

WHEREFORE, the Parties respectfully request an Order granting an extension of the current stay through June 30, 2026, and granting any further relief the Court deems just and proper.

Date: 6/1/2026

Respectfully submitted,

/s/ Jordan A. Shaw
Jordan A. Shaw, Esq. (Fla. Bar. No. 111771)
Email address: jshaw@shawlewenz.com

**SHAW LEWENZ**
110 SE 6th Street, Suite
2900 Fort Lauderdale, FL
33301
Tele: (954) 361-3633
Fax: (954) 989-7781
Zachary D. Ludens, Esq. (Fla. Bar.
No. 111620)
zludens@shawlewenz.com

/s/ Rachel Wagner Furst
Rachel Wagner Furst (Fla. Bar. No. 045155)
E-Mail address: rachel@maderalbyrne.com

**MADERAL BYRNE & FURST PLLC**
2800 Ponce de Leon Boulevard,
Suite 1100
Coral Gables, Florida 33134
Telephone: (305) 520-5690

***Counsel for Defendants/Counterclaim Plaintiffs***

Gabriel E. Morales, Esq. (Fla. Bar. No.  1038778)
gmorales@shawlewenz.com
Lauren N. Palen, Esq. (Fla. Bar. No. 1038877)
lpalen@shawlewenz.com

***Counsel for Plaintiff***