**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

INSOMNIAC HOLDINGS, LLC, a Delaware
limited liability company,

      Plaintiff/Counterclaim Defendant,

vs.                                   CASE NO.: 1:25cv23486-RKA

SDC HOLDINGS, LLC, a Florida limited liability
company, DAVID E. SINOPOLI, an individual,
DAVIDE L. DANESE, an individual, and
JOSE G. COLOMA CANO, an individual,
HI-NOTE PRODUCTION AND CONSULTING,
LLC, a Florida limited liability company,
FULL CIRCLE F&B, LLC, a Florida limited
liability company, THE HAPPY COMPANY,
LLC, a Florida limited liability company,

      Defendants/Counterclaim Plaintiffs,

      -and-

PASQUALE ROTELLA, an individual,

      Counterclaim Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff/Counterclaim Defendant Insomniac Holdings, LLC ("Insomniac") and

Counterclaim Defendant Pasquale Rotella ("Rotella") (collectively Insomniac and Rotella, the

"Insomniac Parties") as well as Defendants/Counterclaim Plaintiffs SDC Holdings, LLC; David

E. Sinopoli; Davide L. Danese; Jose G. Coloma Cano; Hi-Note Production and Consulting, LLC;

Full Circle F&B LLC; The Happy Company, LLC (collectively the "CDD Parties"), by and

through the undersigned counsel of record, hereby give notice that the Parties have reached a

settlement of the above-styled action with all material terms agreed upon.

As the case and thus, the resolution thereof, involves a multi-party transaction, the Parties respectfully request that the Court enter an order allowing the parties up to and including July 15, 2026, to file the appropriate dismissal papers and ask that the Court retain jurisdiction to enforce the terms of the settlement.

Dated: June 30, 2026

Respectfully submitted,

**Maderal Byrne & Furst PLLC**
2800 Ponce de Leon Boulevard, Ste. 1100
Coral Gables, Florida 33134
Primary Email: rachel@maderalbyrne.com
o. 305-520-5690
f. 305-520-5698

**SHAW LEWENZ**
110 S.E. 6th Street, Suite 2900
Ft. Lauderdale, FL 33301
Telephone: (954) 361-3633
Facsimile: (954) 989-7781
Primary Email: jshaw@shawlewenz.com;
zludens@shawlewenz.com;
gmorales@shawlewenz.com;
lpalen@shawlewenz.com
Secondary Email:
mlomastro@shawlewenz.com;
lgrealy@shawlewenz.com

/s/ *Rachel Furst*
RACHEL WAGNER FURST
Fla. Bar No.

***Counsel for Defendants/Counterclaim Plaintiffs SDC Holdings, LLC, David E. Sinopoli, HI-Note Production & Consulting, LLC, Davide L. Danese, Full Circle F&B LLC, Jose G. Coloma Cano, and The Happy Company, LLC***

By: /s/ *Jordan A. Shaw*
JORDAN A. SHAW, ESQ.
Fla. Bar No. 111771
ZACHARY D. LUDENS, ESQ.
Fla. Bar No. 111620
GABRIEL E. MORALES, ESQ.
Fla. Bar No. 1038778
LAUREN N. PALEN, ESQ.
Fla. Bar No. 1038877

***Counsel for Insomniac Holdings, LLC and Pasquale Rotella***

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, the foregoing was filed with the Court via the Court's CM/ECF system, which generated notices of electronic filing on all counsel of record.

/s/ *Jordan A. Shaw*
Jordan A. Shaw